UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAMELA L. TUCKER,

    Plaintiff,

vs.                        CASE NO. 6:12-CV-1062-ORL-19KRS

I.C. SYSTEM, INC.,
a foreign corporation,

    Defendant.

## ORDER

This case was considered by the Court on notice of settlement in the Mediation Report (Doc. No. 33, filed May 1, 2013). Upon consideration, this cause is **DISMISSED,** subject to the right of any party to reopen the action within thirty (30) days upon good cause shown, or to submit a notice of voluntary dismissal with prejudice, or to submit a stipulated form of final judgment.

**DONE AND ORDERED** at Orlando, Florida, this ___3rd___ day of May, 2013.

*[Signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
All Counsel of Record